**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Illinois__
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**     EAST GREENFIELD INVESTORS LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

__ __ – __ __ __ __ __ __ __
EIN

**5. Debtor's address**

**Principal place of business**

1207 Lisle Place
Number    Street

_____

Lisle           IL      60532
City          State   ZIP Code

DuPage County
County

**Mailing address, if different**

_____
Number    Street

_____
P.O. Box

_____ _____ _____
City          State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____ _____ _____
City          State   ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor _____     Case number (*if known*)_____
       Name

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☐ No |
| | | ☒ Yes. Debtor _Golden Marina Causeway, LLC_    Relationship _Subsidiary_ |
| | |       District _Northern District of Illinois_  Date filed _02/05/2016_  Case number, if known _16-03587_ |
| | |                                       MM / DD / YYYY |
| | |       Debtor _Lawrence D. Fromelius_       Relationship _Principal_ |
| | |       District _Northern District of Illinois_  Date filed _06/29/2015_  Case number, if known _15-22373_ |
| | |                                       MM / DD / YYYY |

### Part 3:   Report About the Case

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor  EAST GREENFIELD INVESTORS LLC
　　　　Name

Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Cliffs Mining Company | Contractual Indemnification Obligation | in excess of $6,000,000.00 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4: Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**　　　　**Attorneys**

Name and mailing address of petitioner

Cliffs Mining Company
Name

200 Public Square, Suite 3300
Number   Street

Cleveland　　　OH　　44114
City　　　　　　State　　ZIP Code

Name and mailing address of petitioner's representative, if any

James D. Graham
Name

200 Public Square, Suite 3300
Number   Street

Cleveland　　　OH　　44114
City　　　　　　State　　ZIP Code

Christopher B. Wick
Printed name

Hahn Loeser & Parks LLP
Firm name, if any

200 Public Square, Suite 2800
Number   Street

Cleveland　　　OH　　44114
City　　　　　　State　　ZIP Code

Contact phone  216-621-0150    Email  cwick@hahnlaw.com

Bar number  ILND-GB-12149

State  IL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/26/2017
　　　　　　　MM / DD / YYYY

X  /s/ James D. Graham
Signature of petitioner or representative, including representative's title

X  /s/ Christopher B. Wick
Signature of attorney

Date signed  5/26/2017
　　　　　　 MM / DD / YYYY

Official Form 205　　　Involuntary Petition Against a Non-Individual　　　page 3

Debtor    EAST GREENFIELD INVESTORS LLC
          Name

Case number (*if known*)_____

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____   _____   _____
City                      State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____   _____   _____
City                      State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____   _____   _____
City                      State       ZIP Code

Contact phone  _____   Email _____

Bar number     _____

State          _____

✘ _____
Signature of attorney

Date signed    _____
               MM / DD / YYYY

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____   _____   _____
City                      State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____   _____   _____
City                      State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____   _____   _____
City                      State       ZIP Code

Contact phone  _____   Email _____

Bar number     _____

State          _____

✘ _____
Signature of attorney

Date signed    _____
               MM / DD / YYYY